JOHN D. DUNLOP, Respondent, *v.* WILLIAM SIEVERS, Appellant.

*Dunlop* v. *Sievers*, 179 App. Div. 932, affirmed.

(Argued March 2, 1920; decided March 16, 1920.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered November 9, 1917, modifying and affirming as modified a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term. The action was brought for the rescission and cancellation of a contract, the cancellation of plaintiff's indorsements of three promissory notes, an injunction against the negotiation of said notes or the transfer of said contract, for the recovery of $1,000, and for further relief, upon the ground that plaintiff was induced to execute said contract, indorse said notes, and pay the said moneys, by material false representations and fraud of the defendant.

*William S. Bennet* and *A. M. Wattenberg* for appellant.
*Robert Kelly Prentice* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, MCLAUGHLIN, CRANE and ELKUS, JJ.